PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:03CR00673-001

DOCKET NUMBER *(Rec. Court)*
04-10340

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bruce Abrams<br>143 Waltham St., Apt #6<br>Marynard, MA 01754 | New Jersey | |

NAME OF SENTENCING JUDGE

The Honorable Dickinson R. Debevoise

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>8/18/04 | TO<br>8/17/07 |
|---|---|---|

OFFENSE

18:2252A(a)(2)(A)Possession of Child Pornography

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/MA upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_October 26, 2004_
*Date*

_[signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Nov 10, 2004_
*Effective Date*

_[signature] William G. Young_
*United States District Judge*

(K. Jones
20 Washington Place)