## United States District Court
### for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Bruce Abrams                    **Case Number:** 04-10340

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise/District of New Jersey

**Transfer of Jurisdiction:** Honorable William G. Young/District of Massachusetts, 11/10/04

**Date of Original Sentence:** 1/26/04

**Original Offense:** Possession of Child Pornography

**Original Sentence:** 5 months BOP; 3 years Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 8/18/04

### PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

The defendant shall be required to submit to periodic polygraph testing as a means to ensure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to "pass" the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings.

### CAUSE

This tool is instrumental in ensuring that treatment needs are addressed. Dr. George Thomson, Mr. Abrams sex offender therapist, concurs with the Probation Department's request for modification which would help ensure that Mr. Abram's treatment continues in a positive course. Mr. Abrams has voluntarily waived his right to a hearing and counsel. He agrees to the above modification in the best interests of his treatment program.

Prob 12B                                             - 2 -                              **Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

Reviewed/Approved by:                                              Respectfully submitted,

_____          By          _____
Alicia Howarth                                                     Timothy P. King
Supervising U.S. Probation Officer                                 Sr. U.S. Probation Officer
                                                                   Date: 2/4/05

## THE COURT ORDERS
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I, <u>Bruce Abrams</u>, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be required to submit to periodic polygraph testing as a means to insure that he/she is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to "pass" the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his/her Fifth Amendment rights, and the defendant's exercise of his/her Fifth Amendment rights will not give rise to violation proceedings.**

Witness: _____    Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____
DATE